UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | § | Case No. 12-12070 |
|---|---|---|
| | § | |
| THE POINT GRILL LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    Michael Chiasson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,746.93 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $482,710.38 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $122,269.32 | | |

    3)    Total gross receipts of $604,979.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $604,979.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $623,410.71 | $408,782.44 | $403,500.00 | $403,500.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $122,269.32 | $122,269.32 | $122,269.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $682.84 | $682.84 | $682.84 |
| General Unsecured Claims (from **Exhibit 7**) | $268,939.11 | $665,191.03 | $333,815.54 | $78,527.54 |
| **Total Disbursements** | $892,349.82 | $1,196,925.63 | $860,267.70 | $604,979.70 |

4). This case was originally filed under chapter 7 on 07/12/2012. The case was pending for 108 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2021     By: /s/ Michael Chiasson
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| INSURANCE CLAIM PROCEEDS DUE TO FIRE | 1129-000 | $553,223.12 |
| INSURANCE PROCEEDS FROM THEFT CLAIM CAUSING LOSS OF INVENTORY | 1129-000 | $1,904.70 |
| INSURANCE PROCEEDS FROM VEND LEASE CO INC RELATING TO FORCE PLACED INSURNCE ON EQUIPMENT IN KITCHEN LOST TO FIRE | 1129-000 | $49,851.88 |
| **TOTAL GROSS RECEIPTS** | | **$604,979.70** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | REGIONS BANK - C/O T. W. AUGUSTINE | 4110-000 | $0.00 | $400,000.00 | $400,000.00 | $400,000.00 |
| 9 | VEND LEASE COMPANY, INC | 4110-000 | $0.00 | $8,782.44 | $3,500.00 | $3,500.00 |
|  | Regions Bank | 4110-000 | $623,410.71 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** |  |  | **$623,410.71** | **$408,782.44** | **$403,500.00** | **$403,500.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael Chiasson, Trustee | 2100-000 | NA | $33,498.99 | $33,498.99 | $33,498.99 |
| Michael Chiasson, Trustee | 2200-000 | NA | $236.25 | $236.25 | $236.25 |
| MICHAEL CHIASSON | 2300-000 | NA | $523.03 | $523.03 | $523.03 |
| Bank of Texas | 2600-000 | NA | $12,374.14 | $12,374.14 | $12,374.14 |
| Green Bank | 2600-000 | NA | $2,050.68 | $2,050.68 | $2,050.68 |
| Veritex Community Bank | 2600-000 | NA | $756.79 | $756.79 | $756.79 |
| THE DERBES LAW FIRM, Attorney for Trustee | 3210-000 | NA | $5,296.25 | $5,296.25 | $5,296.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| THE DERBES LAW FIRM, LLC, Attorney for Trustee | 3210-000 | NA | $67,159.60 | $67,159.60 | $67,159.60 |
| THE DERBES LAW FIRM, Attorney for Trustee | 3220-000 | NA | $373.59 | $373.59 | $373.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $122,269.32 | $122,269.32 | $122,269.32 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Jed A Buras | 5300-000 | $0.00 | $576.92 | $576.92 | $576.92 |
| 12 | LOUISIANA DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $105.92 | $105.92 | $105.92 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $682.84 | $682.84 | $682.84 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NuCO2 | 7100-000 | $0.00 | $132.19 | $132.19 | $31.10 |
| 2 | Lets Do Lunch | 7100-000 | $0.00 | $929.67 | $929.67 | $218.71 |
| 4 | Regions Bank c/o Tamara W Augustine | 7100-000 | $0.00 | $223,646.74 | $223,646.74 | $52,615.12 |
| 5 | Sysco New Orleans, LLC | 7100-000 | $0.00 | $1,115.18 | $1,115.18 | $262.36 |
| 6 | Kin Tak Chieh | 7100-000 | $0.00 | $321,844.88 | $0.00 | $0.00 |
| 7 | Kin Tak Chieh | 7100-000 | $0.00 | $1,730.61 | $0.00 | $0.00 |
| 8 | Kin Tak Chieh | 7100-000 | $0.00 | $7,800.00 | $0.00 | $0.00 |
| 10 | DIANE CIMO | 7100-000 | $0.00 | $1,400.00 | $1,400.00 | $329.36 |
| 11 | GEORGE ISA | 7100-000 | $0.00 | $101,285.36 | $101,285.36 | $23,828.39 |
| 12 | LOUISIANA DEPARTMENT OF REVENUE | 7300-000 | $0.00 | $25.00 | $25.00 | $0.00 |
| 13 | GEORGE ISA | 7100-000 | $0.00 | $5,281.40 | $5,281.40 | $1,242.50 |
| | Bank of America | 7100-000 | $4,966.96 | $0.00 | $0.00 | $0.00 |
| | Blue Lava Design Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cafe Bouchet | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
| | CFO 1 Source | 7100-000 | $1,111.25 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Community Coffee Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Harrison | 7100-000 | $772.00 | $0.00 | $0.00 | $0.00 |
| Diane Cimo | 7100-000 | $1,400.00 | $0.00 | $0.00 | $0.00 |
| Ecolab | 7100-000 | $542.95 | $0.00 | $0.00 | $0.00 |
| George Isa | 7100-000 | $207,185.36 | $0.00 | $0.00 | $0.00 |
| Habana Port | 7100-000 | $1,921.24 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services | 7100-000 | $4,166.55 | $0.00 | $0.00 | $0.00 |
| Kin Tak Chich | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lets Do Lunch | 7100-000 | $929.67 | $0.00 | $0.00 | $0.00 |
| Loop Linen & Uniform | 7100-000 | $4,969.82 | $0.00 | $0.00 | $0.00 |
| Louisiana Restaurant Association Self | 7100-000 | $342.00 | $0.00 | $0.00 | $0.00 |
| Nichelle Lofton Cockrell | 7100-000 | $5,494.00 | $0.00 | $0.00 | $0.00 |
| NuCo2 | 7100-000 | $61.72 | $0.00 | $0.00 | $0.00 |
| PRJ Contracting Inc | 7100-000 | $258.46 | $0.00 | $0.00 | $0.00 |
| Pro-fit Solutions | 7100-000 | $5,233.64 | $0.00 | $0.00 | $0.00 |
| Republic National Dist | 7100-000 | $2,261.24 | $0.00 | $0.00 | $0.00 |
| Schneider Paper Products | 7100-000 | $649.50 | $0.00 | $0.00 | $0.00 |
| Sysco | 7100-000 | $1,120.39 | $0.00 | $0.00 | $0.00 |
| Time Payment Corp | 7100-000 | $19,791.84 | $0.00 | $0.00 | $0.00 |
| Trinidy Steinhauer Designs | 7100-000 | $3,262.50 | $0.00 | $0.00 | $0.00 |
| US Foods | 7100-000 | $476.02 | $0.00 | $0.00 | $0.00 |
| WYLK | 7100-000 | $1,172.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $268,939.11 | $665,191.03 | $333,815.54 | $78,527.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-12070 | Trustee Name: | Michael Chiasson |
| Case Name: | THE POINT GRILL, LLC | Date Filed (f) or Converted (c): | 07/12/2012 (f) |
| For the Period Ending: | 7/2/2021 | §341(a) Meeting Date: | 08/17/2012 |
| | | Claims Bar Date: | 03/13/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Regions Checking acct ending 5994 | $1,746.93 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | ENCUMBERED. DISCLAIMER DOC 51 | | | | | |
| 2 | INSURANCE CLAIM PROCEEDS DUE TO FIRE | $553,223.12 | $553,223.12 | | $553,223.12 | FA |
| Asset Notes: | Orig. Description: Insurance Claim proceeds due to fire ($582,000.00 was claim filed but proceeds recieved to date from fire total $553,223.12); Imported from original petition Doc# 1 | | | | | |
| 3 | INSURANCE PROCEEDS FROM THEFT CLAIM CAUSING LOSS OF INVENTORY | $1,904.70 | $1,904.70 | | $1,904.70 | FA |
| Asset Notes: | Orig. Description: Insurance proccods from theft claim causing loss of inventory; Imported from original petition Doc# 1 | | | | | |
| 4 | INSURANCE PROCEEDS FROM VEND LEASE CO INC RELATING TO FORCE PLACED INSURNCE ON EQUIPMENT IN KITCHEN LOST TO FIRE | $12,000.00 | $49,851.88 | | $49,851.88 | FA |
| Asset Notes: | Orig. Description: Insurance proceeds from Vend Lease Co Inc relating to force placed insurance on equipment in kitchen lost in fire; Imported from original petition Doc# 1 | | | | | |
| 5 | LOUISIANA ALCOHOL & TOBACCO CONTROL LICENSE | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 51 | | | | | |
| 6 | POSSIBLE CAUSE OF ACTION AGAINST BANNER FORD DUE TO WELDING WORK ON BILLBOARD WHICH POSSIBLY CAUSED FIRE DESTROYING DEBTORS PREMISES | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 34 | | | | | |
| 7 | POSSIBLE CAUSE OF ACTION AGAINST LANDLORD FOR FAILURE TO ENSURE BUILDING OPERATED BY DEBTOR | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 34 | | | | | |
| 8 | POSSIBLE CAUSE OF ACTION AGAINST REALTOR FOR FAILURE TO DISCLOSE ELECTRICAL ISSUE AND OTHER PERSONAL DEFECTS. | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 34 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 2     Exhibit 8

| Case No.: | 12-12070 | | Trustee Name: | Michael Chiasson |
| Case Name: | THE POINT GRILL, LLC | | Date Filed (f) or Converted (c): | 07/12/2012 (f) |
| For the Period Ending: | 7/2/2021 | | §341(a) Meeting Date: | 08/17/2012 |
| | | | Claims Bar Date: | 03/13/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 9 | POSSIBLE CAUSE OF ACTION AGAINST VENT LEASE CO INC. REGARDING FORCED PLACED INSURANCE TO PAY OFF CLAIM | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 34 | | | | | |
| 10 | ADDITIONAL PROPERTY DAMAGE CLAIM (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 51 | | | | | |
| 11 | COMMERCIAL GENERAL LIABILITY POLICY 095F00972 4 HELD WITH FIRST FINANCIAL INSURANCE COMPANY | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | DISCLAIMER DOC 51 | | | | | |

**TOTALS (Excluding unknown value)**     $568,874.75     $604,979.70     $604,979.70     **Gross Value of Remaining Assets** $0.00

Initial Projected Date Of Final Report (TFR): 10/31/2014     Current Projected Date Of Final Report (TFR): 12/31/2020

/s/ MICHAEL CHIASSON
MICHAEL CHIASSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12070 | | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4376 | | | Checking Acct #: | ******0609 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | POINT GRILL LLC |
| For Period Beginning: | 7/12/2012 | | | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2013 | (2) | ICM SYNDICATE 4242 | INSURANCE PROCEEDS | 1129-000 | $100,000.00 | | $100,000.00 |
| 02/13/2013 | (2) | ICM SYNDICATE 4242 | INSURANCE PROCEEDS | 1129-000 | $453,223.12 | | $553,223.12 |
| 02/13/2013 | (3) | ICM SYNDICATE 4242 | INSURANCE PROCEEDS | 1129-000 | $1,904.70 | | $555,127.82 |
| 02/13/2013 | (4) | ICM SYNDICATE 4242 | INSURANCE PROCEEDS | 1129-000 | $49,851.88 | | $604,979.70 |
| 03/06/2013 | 3001 | REGIONS BANK - C/O T. W. AUGUSTINE | COURT APPROVED DISBURSEMENT, DOCKET 25. | 4110-000 | | $400,000.00 | $204,979.70 |
| 03/06/2013 | 3002 | VEND LEASE COMPANY, INC | REFERENCE, DOCKET 25 | 4110-000 | | $3,500.00 | $201,479.70 |
| 03/06/2013 | 3003 | THE DERBES LAW FIRM, LLC | REFERENCE, DOCKET 25 | 3210-000 | | $67,159.60 | $134,320.10 |
| 03/06/2013 | 3004 | THE DERBES LAW FIRM | REFERENCE, DOCKET 25 | 3220-000 | | $206.66 | $134,113.44 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $472.38 | $133,641.06 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $891.65 | $132,749.41 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $353.57 | $132,395.84 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $213.64 | $132,182.20 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $206.42 | $131,975.78 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $212.96 | $131,762.82 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $212.62 | $131,550.20 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $205.43 | $131,344.77 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $211.95 | $131,132.82 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $204.78 | $130,928.04 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $211.27 | $130,716.77 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $210.93 | $130,505.84 |
| 02/18/2014 | 3005 | MICHAEL CHIASSON | BOND | 2300-000 | | $112.30 | $130,393.54 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $190.16 | $130,203.38 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $210.10 | $129,993.28 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $203.00 | $129,790.28 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $209.44 | $129,580.84 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $202.35 | $129,378.49 |

SUBTOTALS  $604,979.70  $475,601.21

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-12070 | Trustee Name: | Michael Chiasson |
|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4376 | Checking Acct #: | ******0609 |
| Co-Debtor Taxpayer ID #: | | Account Title: | POINT GRILL LLC |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $208.77 | $129,169.72 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $208.44 | $128,961.28 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $201.39 | $128,759.89 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $207.77 | $128,552.12 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $200.75 | $128,351.37 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $207.12 | $128,144.25 |
| 01/29/2015 | 3006 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $110.87 | $128,033.38 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $206.78 | $127,826.60 |
| 02/13/2015 | 3006 | VOID: MICHAEL CHIASSON | VOID | 2300-003 | | ($110.87) | $127,937.47 |
| 02/21/2015 | 3007 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $69.33 | $127,868.14 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $186.45 | $127,681.69 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $206.03 | $127,475.66 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $199.07 | $127,276.59 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $205.38 | $127,071.21 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $198.43 | $126,872.78 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $204.73 | $126,668.05 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $204.40 | $126,463.65 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $197.49 | $126,266.16 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $203.75 | $126,062.41 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $196.86 | $125,865.55 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $203.10 | $125,662.45 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $202.22 | $125,460.23 |
| 02/14/2016 | 3008 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $93.46 | $125,366.77 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $188.84 | $125,177.93 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $201.44 | $124,976.49 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $194.63 | $124,781.86 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $200.81 | $124,581.05 |

SUBTOTALS    $0.00    $4,797.44

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.                  | 12-12070            | Trustee Name:              | Michael Chiasson |
|---------------------------|---------------------|----------------------------|------------------|
| Case Name:                | THE POINT GRILL, LLC | Bank Name:                | Bank of Texas    |
| Primary Taxpayer ID #:    | **-***4376          | Checking Acct #:           | ******0609       |
| Co-Debtor Taxpayer ID #:  |                     | Account Title:             | POINT GRILL LLC  |
| For Period Beginning:     | 7/12/2012           | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending:        | 7/2/2021            | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $194.01 | $124,387.04 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $200.17 | $124,186.87 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $199.85 | $123,987.02 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $193.09 | $123,793.93 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $199.22 | $123,594.71 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $192.48 | $123,402.23 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $198.58 | $123,203.65 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $198.81 | $123,004.84 |
| 02/11/2017 | 3009 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $30.47 | $122,974.37 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $179.27 | $122,795.10 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $198.15 | $122,596.95 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $191.45 | $122,405.50 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $197.52 | $122,207.98 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $190.84 | $122,017.14 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $196.89 | $121,820.25 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $196.58 | $121,623.67 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $189.93 | $121,433.74 |
| 10/12/2017 | | Green Bank | Transfer Funds | 9999-000 | | $121,433.74 | $0.00 |

|  |  |  |  | SUBTOTALS | $0.00 | $124,581.05 | |

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12070 | Trustee Name: | Michael Chiasson |
|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4376 | Checking Acct #: | ******0609 |
| Co-Debtor Taxpayer ID #: | | Account Title: | POINT GRILL LLC |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $604,979.70 | $604,979.70 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $121,433.74 | |
| | | | Subtotal | | $604,979.70 | $483,545.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $604,979.70 | $483,545.96 | |

For the period of **7/12/2012** to **7/2/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $604,979.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $604,979.70 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $483,545.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $483,545.96 |
| Total Internal/Transfer Disbursements: | $121,433.74 |

For the entire history of the account between **02/13/2013** to **7/2/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $604,979.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $604,979.70 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $483,545.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $483,545.96 |
| Total Internal/Transfer Disbursements: | $121,433.74 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12070 | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4376 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/12/2012 | | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $121,433.74 | | $121,433.74 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $126.42 | $121,307.32 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $189.43 | $121,117.89 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $195.44 | $120,922.45 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $195.13 | $120,727.32 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $175.96 | $120,551.36 |
| 03/14/2018 | 5001 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $45.27 | $120,506.09 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $200.76 | $120,305.33 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $181.61 | $120,123.72 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $193.84 | $119,929.88 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $193.53 | $119,736.35 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $186.98 | $119,549.37 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $211.58 | $119,337.79 |
| 02/17/2019 | 5002 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $35.63 | $119,302.16 |
| 02/19/2019 | 5003 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $35.52 | $119,266.64 |
| 03/18/2019 | 5003 | VOID: MICHAEL CHIASSON | | 2300-003 | | ($35.52) | $119,302.16 |
| 02/10/2020 | 5004 | MICHAEL CHIASSON | Bond Payment | 2300-000 | | $59.42 | $119,242.74 |
| 02/19/2020 | 5004 | VOID: MICHAEL CHIASSON | | 2300-003 | | ($59.42) | $119,302.16 |
| 02/19/2020 | 5005 | MICHAEL CHIASSON | bond | 2300-000 | | $59.42 | $119,242.74 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $198.62 | $119,044.12 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $179.70 | $118,864.42 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $191.81 | $118,672.61 |
| 01/12/2021 | 5006 | THE DERBES LAW FIRM | DOCKET 70 | 3210-000 | | $5,296.25 | $113,376.36 |
| 01/12/2021 | 5007 | THE DERBES LAW FIRM | DOCKET 70 | 3220-000 | | $166.93 | $113,209.43 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $186.66 | $113,022.77 |
| 03/04/2021 | 5008 | Michael Chiasson | Trustee Compensation | 2100-000 | | $33,498.99 | $79,523.78 |
| 03/04/2021 | 5009 | Michael Chiasson | Trustee Expenses | 2200-000 | | $236.25 | $79,287.53 |

| | | | | SUBTOTALS | $121,433.74 | $42,146.21 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12070 | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4376 | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/12/2012 | | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2021 | 5010 | MICHAEL CHIASSON | TFR | 2300-000 | | $77.15 | $79,210.38 |
| 03/04/2021 | 5011 | NuCO2 | TFR | 7100-000 | | $31.10 | $79,179.28 |
| 03/04/2021 | 5012 | Lets Do Lunch | TFR | 7100-000 | | $218.71 | $78,960.57 |
| 03/04/2021 | 5013 | Jed A Buras | TFR | 5300-000 | | $576.92 | $78,383.65 |
| 03/04/2021 | 5014 | Regions Bank c/o Tamara W Augustine | TFR | 7100-000 | | $52,615.12 | $25,768.53 |
| 03/04/2021 | 5015 | Sysco New Orleans, LLC | TFR | 7100-000 | | $262.36 | $25,506.17 |
| 03/04/2021 | 5016 | DIANE CIMO | TFR | 7100-000 | | $329.36 | $25,176.81 |
| 03/04/2021 | 5017 | GEORGE ISA | TFR | 7100-000 | | $23,828.39 | $1,348.42 |
| 03/04/2021 | 5018 | LOUISIANA DEPARTMENT OF REVENUE | TFR | 5800-000 | | $105.92 | $1,242.50 |
| 03/04/2021 | 5019 | GEORGE ISA | TFR | 7100-000 | | $1,242.50 | $0.00 |
| 06/03/2021 | 5018 | VOID: LOUISIANA DEPARTMENT OF REVENUE | | 5800-003 | | ($105.92) | $105.92 |
| 06/03/2021 | 5020 | CLERK, U S BANKRUPTCY COURT | CHECK DID NO CLEAR WITHIN 90 DAYS | 5800-000 | | $105.92 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $79,287.53 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12070 | Trustee Name: | Michael Chiasson |
| --- | --- | --- | --- |
| Case Name: | THE POINT GRILL, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4376 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $121,433.74 | $121,433.74 | $0.00 |
| | | | Less: Bank transfers/CDs | | $121,433.74 | $0.00 | |
| | | | Subtotal | | $0.00 | $121,433.74 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $121,433.74 | |

| For the period of 7/12/2012 to 7/2/2021 | | For the entire history of the account between 10/12/2017 to 7/2/2021 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $121,433.74 | Total Internal/Transfer Receipts: | $121,433.74 |
| | | | |
| Total Compensable Disbursements: | $121,433.74 | Total Compensable Disbursements: | $121,433.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121,433.74 | Total Comp/Non Comp Disbursements: | $121,433.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 8  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-12070 | Trustee Name: | Michael Chiasson |
|---|---|---|---|
| Case Name: | THE POINT GRILL, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4376 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/12/2012 | Blanket bond (per case limit): | $32,290,398.00 |
| For Period Ending: | 7/2/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $604,979.70 | $604,979.70 | $0.00 |

**For the period of 7/12/2012 to 7/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $604,979.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $604,979.70 |
| Total Internal/Transfer Receipts: | $121,433.74 |
| | |
| Total Compensable Disbursements: | $604,979.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $604,979.70 |
| Total Internal/Transfer Disbursements: | $121,433.74 |

**For the entire history of the case between 07/12/2012 to 7/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $604,979.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $604,979.70 |
| Total Internal/Transfer Receipts: | $121,433.74 |
| | |
| Total Compensable Disbursements: | $604,979.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $604,979.70 |
| Total Internal/Transfer Disbursements: | $121,433.74 |

/s/ MICHAEL CHIASSON

MICHAEL CHIASSON